IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02112-REB-KLM

SOPHIA CLAIRE DE ARMENT,

    Plaintiff,

v.

AETNA LIFE INSURANCE COMPANY,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Amend Civil Scheduling Order** [#37] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#37] is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that the deadline for joinder of parties and amendment of pleadings is extended to **January 12, 2015**.

    IT IS FURTHER **ORDERED** that the parties may have up to and no more than **two** testifying expert witnesses per side.

    Dated:  January 5, 2015