IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02112-REB-KLM

SOPHIA CLAIRE DE ARMENT,

    Plaintiff,

v.

AETNA LIFE INSURANCE COMPANY,

    Defendant.

_____

# MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Amend Civil Scheduling Order** [#44] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#44] is **GRANTED**.  The Scheduling Order is amended to extend the following deadlines:

| | |
|---|---|
| Affirmative Expert Disclosure Deadline | **April 3, 2015** |
| Rebuttal Expert Disclosure Deadline | **April 27, 2015** |
| Discovery Deadline | **May 13, 2015** |

Dated:  March 4, 2015