**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-02112-REB-KLM

SOPHIA CLAIRE DE ARMENT,

    Plaintiff,

v.

AETNA LIFE INSURANCE COMPANY,

    Defendant.

**ORDER OF DISMISSAL**

**Blackburn, J.**

    The matter is before me on the **Joint Motion To Dismiss with Prejudice** [#48][1] filed April 3, 2015. After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Joint Motion To Dismiss with Prejudice** [#48] filed April 3, 2015, is granted;

    2. That all pending pretrial deadlines are vacated;

    3. That the combined Final Pretrial Conference/Trial Preparation Conference set September 18, 2015, is vacated;

    4. That the jury trial set to commence October 5, 2015, is vacated; and

    5. That this action is dismissed with prejudice with the parties to pay their own attorney fees and costs.

    Dated April 6, 2015, at Denver, Colorado.

                                             **BY THE COURT:**

                                             */s/ Bob Blackburn*
                                             Robert E. Blackburn
                                             United States District Judge

---

[1] "[#48]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.